**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-21960-BLOOM/Louis**

DIMITRI PATTERSON,

    Plaintiff,

v.

ORANGE COUNTY FLORIDA, et al.,

    Defendants.
_____/

## ORDER ON EMERGENCY MOTION

**THIS CAUSE** is before the Court upon Plaintiff Dimitri Patterson's ("Plaintiff") Emergency Motion for Preliminary Injunction, ECF No. [8] (the "Motion"). The Court has reviewed the Motion, the record and applicable law, and is otherwise fully advised. For the reasons that follow, Plaintiff's Motion is denied.

This action arises out of an alleged conspiracy to discriminate against the Plaintiff between multiple Florida counties, several state agencies and law enforcement officers, state court judges and a Hilton hotel in violation of his 4th, 5th, 6th, 8th, 13th and 14th Constitutional Amendment Rights. *See* ECF No. [1]. In the instant Motion, Plaintiff seeks emergency injunctive relief to "stop Miami-Dade County and the Miami-Dade Corrections and Rehabilitation Department, the State of Florida and its Officers in active concert from engaging in the continuous illegal detainment and malicious prosecution of the Plaintiff until a final decision may be made concerning the merits of the dispute." ECF No. [8], at 3. Specifically, Plaintiff requests that he be released from incarceration and that the Court issue its ruling on the instant Motion no later than "***December 19, 2018.***" ECF No. [8], at 2. Plaintiff contends his detention is unlawful and,

by keeping him in jail, Defendants are violating his constitutional rights. The above-styled action is one of many lawsuits brought by the Plaintiff in the Southern District of Florida. It appears that the instant Motion is substantially similar to another motion filed in a different action in this district. *Patterson v. Miami-Dade County Correctional Facility*, Case No. 18-cv-20878-MGC (S.D. Fla. 2018), at ECF No. [140]. Plaintiff's Motion attempts to outline numerous instances in which he has been arrested and ultimately incarcerated at a Miami-Dade County correctional facility. The Motion appears to claim that Plaintiff is being detained for "direct criminal contempt" and is serving a 120-day sentence at the Turner Guilford Knight Correctional Center. ECF No. [8], at 15.

Plaintiff's Motion is due to be denied for two reasons. First, Plaintiff has filed the instant Motion on an emergency basis. Plaintiff's Motion, however, fails to comply with Local Rule 7.1(d) of the Southern District of Florida Local Rules, as the Motion fails to attach a certification of emergency. On this ground alone, the Court may deny Plaintiff's Motion. Second, Plaintiff's Motion seeks emergency injunctive relief. Specifically, Plaintiff seeks that he be released from incarceration pending the resolution of the merits of his claims. A party seeking a preliminary injunction must establish:

> (1) a substantial likelihood that he or she will ultimately prevail on the merits;
> (2) a showing that he or she will suffer irreparable injury unless the injunction issues;
> (3) proof that the threatened injury to him or her outweighs the harm the injunction may cause the opposing party; and
> (4) a showing that granting the injunction would not be adverse to the public interest.

*Panama City Med. Diagnostic, Ltd. v. Williams,* 13 F.3d 1541, 1545 (11th Cir. 1994). Here, the Court finds that the Plaintiff has not met his burden to show that a preliminary injunction is warranted. The failure to establish any of the elements outlined above constitutes a failure to

establish a prima facie case and warrants denial of the Motion. The Court disagrees with the Plaintiff that there is a substantial likelihood that Plaintiff will ultimately prevail on the merits of his claims. Other than the bare assertions, Plaintiff has not provided the Court with *any* support to indicate otherwise. Rather, Plaintiff merely reiterates the allegations made in his Complaint. Because the Motion fails to attach a certification of emergency and because the Plaintiff has failed to establish a prima facie case for injunctive relief, the instant Motion is denied.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [8]**, is **DENIED**.

**DONE AND ORDERED** in Miami, Florida this 20th day of May, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record